IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE: )
) MC No. 117-003
Matthew Reid Krell )

**ORDER**

The Court has received a request from **Matthew Reid Krell**, a Ph.D. candidate in Political Science at the University of Alabama, for an extension of the PACER fee waiver exemption previously granted by the Court on August 9, 2017, pursuant to paragraph 9 of the Electronic Public Access Fee Schedule. After review of Dr. Krell's request, the Court finds that extending the exemption avoids unreasonable burdens in access and promotes public access to the information. As an individual researcher at an educational institution, Mr. Krell is a user authorized to receive fee waivers.

The Court **GRANTS** the request and extends the requested fee waiver until December 31, 2018. The documents obtained pursuant to this fee waiver shall be used only for the purpose stated in the original application and Mr. Krell shall not redistribute such documents or use them in any commercial manner. The Clerk is directed to forward a copy of this order to the PACER Service Center so that they may administer the fee waiver for **PACER account number 4746243**. The Court further directs the Clerk to re-open this case to enter this new Order.

SO ORDERED, this 25th day of October, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA